United States Courts
Southern District of Texas
FILED

MAY 31 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CRIMINAL NO. 18CR-299 |
| EUGENE WALKER, | § | |
| Defendant. | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about February 20, 2018 in the Houston Division of the Southern District of Texas, the defendant,

**EUGENE WALKER,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a Smith and Wesson, Model SW9VE, 9mm caliber, semi-automatic pistol, which had been shipped and transported in foreign and interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that all firearms and ammunition involved in or used in the commission of the offense charged in Count One, in violation of Title 18, United States Code, Section 922(g)(1), are subject to forfeiture, including, but not limited to, the following:

- Smith and Wesson, Model SW9VE, 9mm caliber, semi-automatic pistol, S/N DWF6538

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

BY: _____
Heather Winter
Assistant United States Attorney