USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

No. *H-18-CR-299*

MAY 3 1 2018

USAO Number: 2018R07606

Magistrate Number:

CRIMINAL INDICTMENT    Filed ~~David J. Bradley, Clerk of Court~~    Judge: *N. Atlas*

UNITED STATES of AMERICA

VS.

EUGENE WALKER

## ATTORNEYS:

RYAN K. PATRICK USA                     **(713) 567-9000**

**HEATHER WINTER, AUSA**
                                        (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Felon in Possession of a Firearm [18 USC § 922(g)(1) and 924(a)(2)]

PENALTY:

Ct. 1: Not more than 10 years imprisonment; a fine of up to $250,000; and not more than 3 years SRT,
$100 Special Assessment

☑ In Jail Harris County

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

## PROCEEDINGS: