United States District Court
Southern District of Texas
**ENTERED**
June 01, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| v. § | CRIMINAL NO: 18 CR 299 |
| EUGENE WALKER § § § § § § § § § § § § § § § § § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  **CRIMINAL INDICTMENT**  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

EUGENE WALKER

☑ DETENTION
☐ RELEASED ON CONDITION
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on ___May 31___, 20_18_.

_____
UNITED STATES MAGISTRATE JUDGE