UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner. | § | |
| v. | § | CRIMINAL NO. H-18- CR-299 |
| | § | |
| EUGENE WALKER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Sherriff of the Harris County Jail, 701 N. San Jacinto Street, Houston, Texas, 77002

TO: United States Marshal, Southern District of Texas or any other duly authorized United States Marshal

GREETINGS:

We command that you have the body of **EUGENE WALKER**, SPN NUMBER: 02386976, DOB: 10/03/1991, now duly committed to the custody of the Sherriff of the Harris County Jail, 701 N. San Jacinto Street, Houston, Texas, 77002, under safe and secure conduct before the United States District Court for the Southern District of Texas, Houston Division, at 515 Rusk Avenue, Houston, Texas, on the ____7____ day of ____June____, 2018, at __10:00__ A.M., there and at that time to appear for an initial appearance and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Sherriff of the Harris County Jail, 701 N. San Jacinto Street, Houston, Texas, 77002, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Houston, Texas, on this _31st_ day of _May_ 2018.

_____
UNITED STATES MAGISTRATE JUDGE