United States District Court
Southern District of Texas

**ENTERED**
July 24, 2018
David J. Bradley, Clerk

# HEARING MINUTES AND ORDER

**Cause Number**: 18CR299

**Style**: United States of America v. Eugene Walker

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| James McAllister for Heather Winter | Government |
| Ashley Kaper | Defendant |

**Date**: July 23, 2018  **ERO**: Yes
**Time**: 9:48 a.m. - 9:54 a.m.  **Interpreter**: No

**At the hearing the Court made the following rulings**:

Pretrial conference held.

Defendant's Motion for Continuance [Doc. # 17 ] is GRANTED in accordance with the record in open court.

The Court makes Speedy Trial Act findings: Counsel for Defendant seeks additional time for analysis of the Government's evidence and preparation of a defense. Failure to grant the requested continuance in this proceeding will likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Thus, the interests of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court finds that a period of excludable delay commenced on **July 16, 2018,** and will continue until trial in this matter. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B). It would be a manifest in-justice to deny the request.

Status conference set for **October 1, 2018, at 11:00 a.m.**

**SIGNED** at Houston, Texas this 23rd day of July, 2018.

*[signature]*

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\CTMINUTE\criminalctminues.wpd   180724.1408