United States District Court
Southern District of Texas

**ENTERED**

October 02, 2018

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| versus | § | CRIMINAL  H-18-299-01 |
| | § | |
| EUGENE WALKER, | § | |

### Order for Presentence Investigation and
### Disclosure & Sentencing Dates

The defendant having been found guilty on count **1**   , a  presentence report is ordered.

1.    By **November 5, 2018,** the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2.    By **November 19, 2018**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3.    By **December 3, 2018**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4.    Sentencing is set for **December 17, 2018**  at **1:00 p.m.**  (*no sooner than 35 days from initial disclosure*).

5.    For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6.    The defendant  must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone:  (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed   October 1, 2018

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

Copies:   United States Probation
AUSA   **Heather Winter**
Defense Counsel   **Ashley Kaper**
Defendant is      __ on bond    X   in custody.